Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 57532.**—Samco, Inc. *v.* United States, protest 185931–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of hot plate mats of wood the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.

**No. 57533.**—J. E. Bernard & Company, Inc. *v.* United States, protest 184741–K/3714 (Chicago).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the articles in question are "in fact mathematical instruments," the claim of the plaintiff was sustained.

**No. 57534.**—M. Kopit Co. et al. *v.* United States, protests 124165–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 57535.**—J. Weinig & Son *v.* United States, protests 150409–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 57536.**—W. E. Lindemann et al. *v.* United States, protests 59201–K, etc. (New York).